DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERNAN CARIDE DONOVAN,**
Appellant,

v.

**LA LINDA, LLC; LIDIA ELENA GUZMAN LLAMAS; MARCIAL JOSUE CARIDE GUZMAN; JOSUE HOLDINGS, LLC; JOAQUIN HOLDINGS, LLC;** and **INPETS, INC.,**
Appellees.

No. 4D2023-2048

[March 21, 2024]

Appeal of a nonfinal order from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Luis Delgado, Judge; L.T. Case No. 50-2023-CA-000694-XXXX-MB.

Santiago J. Teran, Miami, for appellant.

Edgar A. Gallego of Jurista International Studios, Miami, for appellee Lidia Elena Guzman Llamas.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***